4/23 scan PF

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

M&M GIFT SHOWS, LLC,
an Ohio limited liability company,

    Plaintiff,

v.                                        DOCKET NO. 3:04-CV-125
                                          PHILLIPS/SHIRLEY

CONVENTION & VISITORS BUREAU OF
PIGEON FORGE, a Tennessee corporation, and
KENNETH SEATON, SR., an individual
    Defendants and Counter-Plaintiffs

v.

M&M GIFT SHOWS, LLC, JOHN G. MAYER a/k/a
"JERRY MAYER" a/k/a "GERRY MAYER," and
SUZANNE C. MILLS a/k/a "SUSAN MILLS"
    Counter-Defendants

---

### ORDER OF VOLUNTARY DISMISSAL AS TO COUNT II OF COUNTER-PLAINTIFFS' SECOND AMENDED COUNTERCLAIM

---

The Counter-Plaintiffs, having announced to the Court that they desire to voluntarily dismiss Count II of their Second Amended Counterclaim relating to all causes of action for defamation and libel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED, ADJUDGED AND DECREED** that Count II of Counter-Plaintiffs' Second Amended Counterclaim is dismissed.

ENTERED this 22ND day of SEPT, 2005

_Thomas H. Phillips_
Judge

1

APPROVED FOR ENTRY:

**SCOTT LAW GROUP, P.C.**

_____
C. Dan Scott, BPR #010295
Barry W. Eubanks, BPR #09165
100 East Main Street, Suite 500
Sevierville, TN 37862
(865) 453-3300
Attorneys for Defendants and Counter-Plaintiffs